[No. 31040-2-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT FRANKLIN WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05037-2, Frank L. Sullivan, J., entered July 2, 1992. *Affirmed* by unpublished opinion per Scholfield, J. Pro Tem., concurred in by Grosse and Agid, JJ.

[No. 31886-1-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHEANNETTE ASHLEY O'DELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-04700-6, John M. Darrah, J., entered November 20, 1992. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 31551-0-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TAM PHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-01306-3, John M. Darrah, J., entered September 2, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 31463-7-I.    Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ARROW LINDOFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-02372-7, Steven G. Scott, J., entered August 4, 1992. *Denied* by unpublished per curiam opinion.